1  PAUL M. JAMOND
   Attorney at Law
2  200 Fourth Street #300
   Santa Rosa, CA 95401
3  Phone: (707) 526-4550
   Fax: (707) 544-2986
4  e-mail: jamond@pacbell.net

5  Attorney for Defendant
   MARTIN BENSON
6
                        UNITED STATES BANKRUPTCY COURT
7                       NORTHERN DISTRICT OF CALIFORNIA

8
   In re:                                No. 07-11519
9
   MARTIN DUANE BENSON
10                                        Chapter 11
                 Debtor.
11 _____/

12 IVY QUEIROLO
                                         Adversary No. 08-01023
13
                 Plaintiff,
14         -vs-

15 MARTIN BENSON

16               Defendant
   _____/
17
                   JUDGMENT IN FAVOR OF DEFENDANT
18                 ON PARTIAL FINDINGS AT THE
                   CONCLUSION OF PLAINTIFF'S CASE AT TRIAL
19                     (FRCP 52(c))
                   _____
20
        This matter came on for trial on March 10, 2009 before the
21
   Hon. Alan Jaroslovsky, United States Bankruptcy Judge. Plaintiff
22
   appeared through her counsel Evan Livingstone. Defendant appeared
23
   through his counsel Paul Jamond.
24
        Testimony and evidence was introduced by Plaintiff. At the
25
   conclusion of Plaintiff's case, Defendant MARTIN BENSON moved for
26
   entry of judgment in his favor and/or dismissal of Plaintiff's
27

28                                                                    1

1 case with prejudice on the grounds that Plaintiff had failed to

2 provide any evidence of any fraud or material misrepresentation

3 by Defendant.

4     For the reasons stated on the record at the conclusion of

5 the plaintiff's case, which constitute the court's findings and

6 conclusions,

7     IT IS ORDERED, ADJUDGED AND DECREED THAT:

8     Pursuant to FRCP 52 (c), Defendant's debt to Plaintiff is

9 determined to be fully dischargeable in Defendant's chapter 7

10 bankruptcy. Plaintiff shall take nothing by way of her

11 nondischargeability adversary proceeding against Defendant which

12 is dismissed with prejudice.  Defendant shall recover his costs

13 of suit.

14

15

16 Dated:  March 11, 2009

17

18                                    Alan Jaroslovsky
                                      U.S. Bankruptcy Judge

19

20

21

22

23

24

25

26

27

28                                                                2